JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

GAMLET SHAMIRYAN,

    Plaintiff,

-vs-

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,

    Defendant.

CASE NO.: 2:12-cv-04239-SJO-JEM

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO REMAND ACTION

cc: order, docket, remand letter to Los Angeles County Superior Court, North Central District, Glendale, No. 12 CO 3547

Upon Stipulation of the parties and good cause showing, it is hereby ordered that the instant matter be remanded to the Superior Court of California, County of Los Angeles, with the parties to each bear their own costs and expenses incurred in connection with the removal and remand of this action.

IT IS SO ORDERED.

Date: July 06, 2012    By: *S. James Otero*

Hon. United States District Court Judge

1

ORDER